**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1933**

JAMSHID FARSHIDI,

                              Plaintiff - Appellant,

          versus

NORFOLK STATE UNIVERSITY,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-03-56-2)

Submitted:  December 3, 2003          Decided:  July 27, 2004

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamshid Farshidi, Appellant Pro Se.  Guy Winston Horsley, Jr., Martha Murphey Parrish, Assistant Attorneys General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dr. Jamshid Farshidi appeals from the district court's order granting summary judgment to Defendant on his Title VII, due process, and state law claims. We have reviewed the record and find no reversible error. Accordingly, we deny Dr. Farshidi's motion for appointment of counsel and affirm on the reasoning of the district court. See Farshidi v. Norfolk State Univ., No. CA-03-56-2 (E.D. Va. filed July 9, 2003 & entered July 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED